# Court of Appeals
# of the State of Georgia

ATLANTA, October 29, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2346. NELSON v. AUTOVEST, LLC.**

This appeal was docketed on August 6, 2013, such that appellant Cami Nelson's brief was due on August 26. See Rule 23 (a) (failure to file a brief within 20 days of docketing, "unless extended upon motion for good cause shown, may result in the dismissal of the appeal"). As of October 17, 2013, however, Nelson had neither filed a brief nor asked for an extension of time to do so. This appeal is therefore DISMISSED. Id.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/29/2013
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*